UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HUMANA INC. <br><br> 500 West Main Street <br> Louisville, KY 40202 <br><br> HUMANA INSURANCE COMPANY <br><br> 1100 Employers Blvd. <br> DePere, Wisconsin 54115 <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO. <br><br> Serve: <br><br> The Prentice-Hall Corporation System, Inc. <br> 421 W. Main Street <br> Frankfort, KY 40601 <br><br> Defendant. | CIVIL ACTION NO. 3:10-cv-729-H <br><br> (*Electronically Filed*) |

## VERIFIED COMPLAINT

Plaintiffs Humana Inc. and Humana Insurance Company (collectively "Humana"), for their Verified Complaint against Defendant Walgreen Co. ("Walgreens"), state as follows:

### INTRODUCTION

1. Humana brings this action in order to enjoin Walgreens from continuing to present to the public inaccurate, false and misleading information about Humana's Prescription Drug Plans ("PDPs"), as compared with the PDPs offered by Humana's competitors. Walgreens is presenting this false and misleading information on its website, through the use of its "Free Medicare Part D Plan Comparison" ("Walgreens Medicare Comparison Webpages" or

"Webpages").[1]  These Webpages present several false and misleading statements, including a comparison that incorrectly represents that Walgreens is not an in-network provider under two of the Humana PDPs, when in fact, it is.  This inaccuracy results in the cost of prescription medications under these two Humana PDPs as being reported as far more expensive than prescription medication under the PDPs offered by Humana's competitors, which are accurately listed as in-network providers.  The Webpages further falsely list the prices of certain prescription medications under the Humana-Walmart PDP, a third plan offered by Humana.  These inaccuracies report the cost of certain medications under the Humana-Walmart PDP as substantially higher than those of Humana's competitors.  The effect of these false and misleading representation is to induce Medicare enrollees to select the PDP plan that results in higher payments to Walgreens, to the detriment of Humana and the Medicare enrollees who fill their prescriptions at Walgreens.

2. This false and misleading information is being presented to Medicare consumers during the most critical time of the year for Humana.  Medicare consumers must choose their prescription drug plans between November 15 and December 31.  This open enrollment period is the only time seniors can choose their PDPs, and these seniors are precluded from making any changes until the next open enrollment period, in November of 2011.  Accordingly, each and every day that Walgreens presents false and misleading information on its Medicare Comparison Webpages, which wrongly report the Humana benefits, Humana is irreparably injured in the form of lost customers and damaged goodwill.

---

[1] http://www.walgreens.com/pharmacy/medicare_d/compare_plans.jsp

## THE PARTIES

3.     Humana is a Delaware corporation with its principal place of business in Louisville, Kentucky.  Humana is engaged in the business of providing coordinated health insurance coverage and related services, serving over 17 million customers.  Humana offers three distinct PDPs under Medicare Insurance Part D.

4.     Walgreens is a Fortune 500 company and the nation's largest drugstore chain, with sales in 2010 of $67 billion.  Walgreens filled over 778 million prescriptions in fiscal 2010.  Walgreens is an Illinois corporation with its principal place of business in Deerfield, Illinois.  Walgreens has numerous store locations in the Western District of Kentucky and its website, www.walgreens.com, is accessed daily by residents in this District.

## JURISDICTION AND VENUE

5.     This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because Humana brings federal law claims, and under 28 U.S.C. § 1332 because the citizenship of the parties is diverse and the amount in controversy exceeds $75,000.  Venue is proper in this judicial district under 28 U.S.C. § 1391, given that, among other things, Humana's headquarters is in this District and consumers in this District have accessed or will access the Webpages and be misled.

## STATEMENT OF FACTS

**A.     Humana's Health Insurance Products.**

6.     Humana is one of the nation's largest health benefits companies.  Humana has expended millions of dollars in research and development in an effort to help consumers make better healthcare choices and to assist with disease management.

7.     Humana also expends enormous resources and millions of dollars developing pricing strategies and products such as health insurance products, dental insurance products,

Medicare Insurance plans, and prescription drug coverage plans. Humana's pricing strategies, products and reputation are valuable and unique and have earned Humana a competitive market advantage and substantial goodwill.

8. Humana offers three separate and distinct PDPs under Medicare Insurance Plan Part D:

(i) The Humana Walmart-Preferred Rx Plan ("Humana-Walmart PDP");

(ii) The Humana Enhanced Prescription Drug Plan ("Enhanced PDP") and;

(iii) The Complete Prescription Drug Plan ("Complete PDP").

9. Walgreens is a preferred provider for each of the Humana Medicare PDPs.

10. Medicare consumers who enroll in one of these Humana Plans is entitled to purchase their prescription drugs at Walgreens pharmacies at preferred prices. In 2010, Walgreens pharmacies will fill more than 30 million prescriptions of Humana's customers and as a result, Humana will pay to Walgreens pharmacies approximately $1.6 billion in claims.

11. Humana vigorously competes with other insurance providers, including Sterling Health Plans and United Healthcare, which also offer PDPs under Medicare Insurance Part D. These competitive insurance providers are also Walgreens preferred providers.

B.   **Walgreens' Advertising And Marketing Of Its Medicare Part D Plan Comparison.**

12. Walgreens heavily advertises and markets its Walgreens Medicare Comparison Webpages, an internet-based program that purports to provide Medicare consumers with the ability to compare the cost of prescription medications under the various prescription drug plans available under Medicare Part D. In particular, Walgreens advertises its Medicare Comparison Webpages as a way for Medicare consumers to compare each of the available PDPs with respect

4

to estimated annual costs and monthly premiums.[2]  In short, the free Comparison purportedly provides a personalized report which accurately compares the cost of all the available prescription drugs under the various insurance plans.  Walgreens offers the free Comparison online, but also encourages seniors to come into the Walgreens pharmacies, where the pharmacy staff will help input information to run the Comparison.  An example from the Walgreens Medicare Comparison Webpages is attached as Exhibit A.  Walgreens relies upon its Medicare Comparison Webpages to increase foot traffic in its pharmacies and therefore increase its sales.

13. Importantly, Medicare also offers an internet-based program – the Medicare Plan Finder - which also allows Medicare consumers to compare prescription drug prices under the various PDPs.[3]  The Medicare Plan Finder accurately represents the cost of prescriptions under Humana's PDPs, as compared with its competitors.

C. **Humana Continues To Be Irreparably Harmed By The False And Misleading Information Presented On The Walgreens Website.**

14. On or about November 16, 2010, Humana learned that Medicare consumers who accessed the Walgreens Medicare Comparison Website were provided with false and misleading information related to the Humana PDPs.

15. First, when a consumer accessed the website and sought information, the website wrongly informed the consumer that the Humana Complete PDP and Enhanced PDP were considered *out of network* products, when both of the PDPs were indeed part of the Walgreens Preferred Plans.  Importantly, out of network insurance plans would result in more expensive prescription drugs for consumers.  The resulting inference was simple: a consumer considering a purported "out of network" PDP will be led to believe that the cost of prescriptions under either

---

[2] See www.walgreens.com/pharmacy/medicarepartd-info

[3] See www.medicare.gov/find-a-plan/questions/home/aspx

of these Humana PDPs is substantially higher than the actual cost and certainly more expensive than those of the competitors. The Walgreens Medicare Comparison Webpage also compared the cost of prescriptions under the Humana PDP as compared to its competitors, thus wrongly suggesting that Humana's competitors offer a substantially similar product at a lower cost.

16. Second, the Walgreens Medicare Comparison Webpages contain incorrect information related to the actual out-of-pocket costs for consumers who chose to enroll in the Humana-Walmart PDP as compared to the PDPs offered by Sterling and United Healthcare. For example, a Walgreens Medicare Plan Comparison comparing the cost of simvastatin[4] under the top three PDPs, ranked the drug under the Humana-Walmart PDP as more expensive than both the United Healthcare PDP and the Sterling Health PDP. In reality, however, the Humana-Walmart PDP offered simvastatin at the lowest cost.

17. In each instance, the Walgreens Medicare Comparison Webpages provide false and misleading information about the cost of prescription drugs under the Humana PDPs as compared with its competitors.

**D.** **Open Enrollment.**

18. The open enrollment period is a critical time for Medicare consumers, Humana and Humana's competitors. Open enrollment for Medicare insurance consumers is held between November 15 and December 31, 2010. During this time, Medicare consumers are required to choose their PDP for the upcoming year. Once the open enrollment period ends, these consumers generally cannot change their PDP until the next open enrollment season, in November, 2011.

---

[4] Simvastatin is generally prescribed for patients who have high cholesterol and hope to lower their levels of low-density lipoproteins ("LDL" or "bad cholesterol").

6

19. Because of the high volume of insurance decisions made by consumers during the open enrollment period, Walgreens' false representations concerning the costs and benefits under the Humana PDPs are extraordinarily harmful to Humana's reputation, goodwill and market-share.

E. **Walgreens Refuses To Correct The Errors.**

20. Humana provided Walgreens information from the Medicare Comparison Webpages showing that the Webpages grossly overstate the cost of prescriptions under Humana's insurance plans, improperly driving away both current and potential Humana customers. Indeed, as soon as Humana learned of the errors contained on the Walgreens website, Humana notified Walgreens and demanded that they be corrected or that the Webpages be shut down until the errors were corrected.

21. Walgreens admitted that its Webpages contain inaccurate information with respect to the price of prescription drugs under Humana's insurance plans, but has deliberately refused to correct the overstated cost information it provides on its Medicare Comparison Webpages or shut down the Medicare Comparison Webpages - demonstrating its intentional action in derogation of Humana's prospective business interests. Instead, Walgreens simply removed information regarding Humana's Enhanced PDP and Complete PDPs from the Webpages, and provided a disclaimer that does not resolve the issues nor remove from the Webpages inaccurate representations of pricing under the Humana plans. Indeed the disclaimer creates even more confusion.

22. Consumers will experience no prejudice or harm if the Walgreens Medicare Comparison Webpages are shut down because Medicare offers a substantially similar website, which provides accurate information.

F.  **Walgreens Profits From The False And Misleading Information.**

23. Each of the insurers that provide plans for consumers who choose Walgreens as their pharmacy pay to Walgreens negotiated upon amounts for the prescription medications purchased by the consumer. Upon information and belief, Sterling Health and United Healthcare pay to Walgreens a higher amount for most prescription medications than does Humana, for the same medications. Accordingly, when Walgreens falsely reports that Humana subscribers will pay more for prescriptions at Walgreens than do subscribers under competitors' plans, it is likely that consumers will choose one of the other health plans. In that instance, not only is Humana injured, but also the public is harmed because consumers make choices in health plan coverage that they otherwise would not have made had the Webpages provided accurate and complete information. In addition, Walgreens enjoys a windfall from the misleading Webpages since they have the effect of directing consumers to the competitors that may be paying to Walgreens higher amounts for comparable medication.

## COUNT I.

### VIOLATION OF THE LANHAM ACT – INJUNCTIVE RELIEF

24. Humana incorporates herein by reference each and every allegation contained in paragraphs 1 through 23 above as if fully set forth herein.

25. As explained above, Walgreens has made false or misleading statements of fact concerning Humana's prescription drug plans, which statements deceive or will tend to deceive consumers. These misleading statements are material and harmful to Humana. Accordingly, the acts and transactions of Walgreens, as set forth above, constitute a violation of the Lanham Act.

26. By reason of Walgreen's violations of the Lanham Act, Humana has suffered immediate and irreparable injury and will continue to so suffer in violation of its rights unless

Walgreens is immediately restrained and permanently enjoined from such activities by order of this Court.  Humana has no adequate remedy at law or otherwise to address this injury save in a court of equity.  No previous application for injunctive relief has been refused by any court.

## COUNT II.

### VIOLATION OF THE LANHAM ACT § 43(A) – DAMAGES

27. Humana incorporates herein by reference each and every allegation contained in paragraphs through 26 above as if fully set forth herein.

28. As set forth above, Walgreens has made false or misleading statements of fact concerning the cost of drugs under Humana's prescription drug plans, which statements deceive or will tend to deceive consumers.  These misleading statements are material and harmful to Humana.  Accordingly, the acts and transactions of Walgreens, as set forth above, constitute a violation of the Lanham Act.

29. By reason of Walgreens' violations of the Lanham Act, Humana has suffered damages in an amount to be determined by the evidence presented at the trial of this action.

## COUNT III.

### UNFAIR COMPETITION - INJUNCTIVE RELIEF

30. Humana incorporates herein by reference each and every allegation contained in paragraphs 1 through 29 above as if fully set forth herein.

31. The acts and transactions of Walgreens, as set forth above, constitute unfair competition by making public false and deceiving information about Humana's PDPs, interfering with Humana's prospective business relationships and/or impairing Humana's goodwill, all to Humana's detriment.

32. By reason of Walgreens' acts and unfair competition, Humana has suffered immediate and irreparable injury and will continue to so suffer in violation of its rights unless Walgreens is immediately restrained and permanently enjoined from such activities by order of this Court. Humana has no adequate remedy at law or otherwise to address this injury save in a court of equity. No previous application for injunctive relief has been refused by any court.

## COUNT IV.

### UNFAIR COMPETITION - DAMAGES

33. Humana incorporates herein by reference each and every allegation contained in paragraphs 1 through 32 above as if fully set forth herein.

34. The acts and omissions of Walgreens, as set forth above, constitute unfair competition by making public false and deceiving information about Humana's PDPs, interfering with Humana's prospective business relationships and/or impairing Humana's goodwill, all to Humana's detriment.

35. As a direct and proximate result of Walgreens' acts of unfair competition, Humana is entitled to recover damages from Walgreens in an amount that is presently undeterminable but to be determined by the evidence presented at the trial of this action.

36. Walgreens' acts of unfair competition were willful, intentional and/or taken with reckless disregard for the obligations owed by him to Humana. As a further direct and proximate result of Walgreens' wrongful conduct, Humana is entitled to recover punitive damages from Walgreens in an amount to be determined by the evidence at trial.

## COUNT V.

## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIPS AND PROSPECTIVE BUSINESS ADNVANTAGE - INJUNTIVE RELIEF

37.    Humana incorporates herein by reference each and every allegation contained in paragraphs 1 through 36 above as if fully set forth herein.

38.    The knowing, intentional, and unjustified statements and acts of Walgreens constitute tortious interference with Humana's present and prospective business relationships.

39.    Walgreens is, and was, during all relevant times, aware of the existence of Humana's business relationships.  Walgreens' acts were without justification, were improper, were done willfully and knowingly, with the sole purpose of bolstering and protecting its own financial and business relationships and driving consumers to Humana's competitors.

40.    As a direct and proximate result of Walgreens' tortious interference with Humana's current and prospective business relationships, Humana has suffered immediate and irreparable injury and will continue to so suffer in violation of its rights unless Walgreens is immediately restrained and permanently enjoined from such activities by order of this Court. Humana has no adequate remedy at law or otherwise to address this injury save in a court of equity.  No previous application for injunctive relief has been refused by any court.

## COUNT VI.

## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIPS AND PROSPECTIVE BUSINESS ADNVANTAGE - DAMAGES

41.    Humana incorporates herein by reference each and every allegation contained in paragraphs 1 through 40 above as if fully set forth herein.

42.    The knowing, intentional, and unjustified statements and acts of Walgreens constitute tortious interference with Humana's current and prospective business relationships.

11

43. Walgreens is, and was, during all relevant times, aware of the existence of Humana's business relationships, both current and prospective. Walgreens' acts were without justification, were improper, were done willfully and knowingly, with the sole purpose of bolstering and protecting its own financial and business relationships.

44. As a direct and proximate result of Walgreens' tortious interference with Humana's prospective business relationships, Humana has suffered damages in an amount to be determined by the evidence.

## COUNT VII.

### UNJUST ENRICHMENT - DAMAGES

45. Humana incorporates herein by reference each and every allegation contained in paragraphs 1 through 44 above as if fully set forth herein.

46. By reason of Walgreens' actions and omissions, as set forth above, Walgreens has been unjustly enriched to the detriment of Humana, for which Humana is entitled to restitution.

WHEREFORE, Plaintiffs Humana Inc. requests a trial and that judgment be entered in its favor as follows:

1. That the Court issue a Temporary Restraining Order, as well as a Preliminary and Permanent Injunction, restraining and enjoining Walgreens, directly or indirectly, from operating and making available to the public its Medicare Plan Comparison Webpages as long as the Webpages contain the false and misleading information related to the cost of prescription drugs under the Humana PDPs.

2. That Humana be awarded monetary damages in an amount to be determined by the evidence;

3. That Humana be awarded its reasonable costs and attorneys' fees;

4. That Humana be awarded punitive damages in an amount to be determined by the evidence; and

5. That Humana be awarded any and all other relief to which Humana may appear to be entitled.

**DEMAND FOR JURY TRIAL**

Humana demands a trial by jury on all issues so triable by right, pursuant to Fed. R. Civ. P. 38(b).

Respectfully submitted,

/s/ John K. Bush
John K. Bush
Amy B. Berge
Christie A. Moore
Benjamin J. Lewis
GREENEBAUM DOLL & McDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202
Telephone:  (502) 589-4200
E-mail:  jkb@gdm.com
         abb@gdm.com
         cm@gdm.com
         bjl@gdm.com

COUNSEL FOR PLAINTIFFS,
HUMANA INC. AND HUMANA INSURANCE COMPANY

4179668_2.doc