UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Humana Inc., et al.,

    PLAINTIFFS

v.

Walgreen Co.,

    DEFENDANT

CIVIL ACTION NO. 3:10-CV-729-H

## ENTRY OF APPEARANCE

Please take notice that Sarah Grider Cronan, Demetrius O. Holloway, and Neal Bailen of Stites & Harbison, PLLC, hereby enter their appearance as counsel for the defendant, Walgreen Co. The parties are requested to add Ms. Cronan, Mr. Holloway, and Mr. Bailen to their service lists and to copy them on all pleadings, papers and correspondence.

    */s/ Sarah Grider Cronan*
    Sarah Grider Cronan
    Demetrius O. Holloway
    STITES & HARBISON, PLLC
    400 West Market Street, Suite 1800
    Louisville, KY  40202-3352
    Telephone: (502) 587-3400

    and

    Neal Bailen
    STITES & HARBISON, PLLC
    323 East Court Avenue
    Jeffersonville, IN  47130
    Telephone: (812) 282-7566

    COUNSEL FOR DEFENDANT,
    WALGREEN CO.

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed and served using the CM/ECF system, on the 6th day of December, 2010, upon the following:

John K. Bush
Amy B. Berge
Christie A. Moore
Benjamin J. Lewis
GREENEBAUM DOLL &
McDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY  40202
*Counsel for Plaintiffs, Humana Inc.*
*and Humana Insurance Company*

                                                    */s/ Sarah Grider Cronan*
                                                    Sarah Grider Cronan

813136:1:LOUISVILLE