UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

HUMANA INC., et al.,

    PLAINTIFFS

v.

WALGREEN CO.,

    DEFENDANT

CIVIL ACTION NO. 3:10-CV-729-H

## CORPORATE DISCLOSURE STATEMENT

The Defendant, Walgreen Co., by and through counsel, hereby submits this corporate disclosure statement pursuant to FRCP 7.1:

1. Walgreen Co. is a non-governmental corporate party;

2. Walgreen Co. has no parent corporation; and

3. No publicly held corporation owns 10% or more of Walgreen Co. stock.

*/s/ Sarah Grider Cronan*
Sarah Grider Cronan
Demetrius O. Holloway
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400

and

Neal Bailen
STITES & HARBISON, PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone: (812) 282-7566

COUNSEL FOR DEFENDANT, WALGREEN CO.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was electronically filed and served using the CM/ECF system, on the 6th day of December, 2010, upon the following:

John K. Bush
Amy B. Berge
Christie A. Moore
Benjamin J. Lewis
GREENEBAUM DOLL &
McDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY  40202
*Counsel for Plaintiffs, Humana Inc.
and Humana Insurance Company*

                                               */s/ Sarah Grider Cronan*
                                               Sarah Grider Cronan

813166:1:LOUISVILLE