UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**HUMANA, INC.**             **PLAINTIFF(S)**

**VS**             **CIVIL ACTION NO. 3:10CV-729-H**

**WALGREENS CO.**             **DEFENDANT(S)**

## O R D E R

Upon review of this matter, the Court must conclude that recusal in this case is required;

**IT IS ORDERED** that Judge Heyburn **RECUSES** himself from this matter and the action is hereby **reassigned** to the docket of the Honorable Charles R. Simpson III, Judge for all further proceedings.  Counsel are requested to change the civil action number to reflect the initial (S ) on all further pleadings.

Date: December 7, 2010

Copies to:

All Counsel of Record
Judge Simpson -Case Manager