UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HUMANA INC., et al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:10-CV-00729-CRS |
| | ) |
| | ) |
| WALGREEN CO., | ) |
| | ) |
| Defendant | ) |
| | ) |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Humana Inc. and Humana Insurance Company (collectively "Humana"), by counsel and pursuant to FRCP 41(a)(1)(A), hereby voluntarily dismiss their claims against Walgreen Co. ("Walgreens"), without prejudice, in the above-styled action. Walgreens has not served an Answer or other responsive pleading as of the date of this filing. Humana reserves the right to re-file claims against Walgreens, should circumstances require Humana again to pursue such relief.

Respectfully submitted,

*/s/ Benjamin J. Lewis*
John K. Bush
Amy B. Berge
Christie A. Moore
Benjamin J. Lewis
GREENEBAUM DOLL & McDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202-3197
Telephone:  (502) 589-4200
Facsimile:  (502) 587-3695
E-mail: jkb@gdm.com
            abb@gdm.com
            cm@gdm.com
            bjl@gdm.com

COUNSEL FOR PLAINTIFFS,
HUMANA INC. AND HUMANA INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

On December 7, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice of filing to the foregoing:

Sarah G. Cronan, Esq.
Demetrius O. Holloway, Esq.
Stites & Harbison PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
Ph. (502) 681-0543
scronan@stites.com

COUNSEL FOR DEFENDANT
WALGREEN CO.

*/s/ Benjamin J. Lewis*
COUNSEL FOR PLAINTIFFS

4183410_1.doc

IT IS SO ORDERED this